UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RICHARD G. LIPPOLD,                                  MEMORANDUM
                                                                        AND
                        Plaintiff,                            ____ORDER____

        - against -                                          05-CV-1936 (TCP)(AKT)

BVI EMPLOYMENT LLD, t/a SAIL
CARIBBEAN, et al.,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLATT, District Judge.

        By letter dated December 12, 2006, defense counsel has requested

an "extended briefing schedule" which takes into account resolution of the

pending objections before this Court and Magistrate Judge Tomlinson's decision

on defendant's motion to preclude Dr. Fries.

        Under this Court's rules with respect to motion practices, counsel

for the parties should without notice or advice to the Court with respect to the

same, arrange for the exchange of all motion papers between themselves and after

all exchanges have been complete they should communicate with the Court's

Deputy Courtroom Clerk and arrange for a simultaneous filing of all papers and

for a date approximately one week thereafter for oral argument.

        The Court is unaware of any rule which prevents the parties from

obtaining rulings from the Court with respect to Magistrate Judges' orders before

the issuance by the Magistrate Judge of any Report and Recommendation (<u>See</u> 28

U.S.C. § 636(b)(1)).

The foregoing does not change the rule that all motions with

respect to pre-trial discovery should first be made to the Magistrate Judge

assigned to the case.

SO ORDERED.


<u>/s/</u>_____
United States District Judge

Dated: Central Islip, New York
      December 14, 2006